# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR06-305TSZ |
| v. | ORDER GRANTING MOTION TO CONTINUE TRIAL |
| ALBERT KWOK LEUNG KWAN | |

This matter is before the Court on the unopposed motion of Albert Kwok Leung Kwan to continue the trial until November 27, 2006, and the court having considered the motion, docket no. 13, and the government's response thereto it is this 4th day of October, 2006,

**ORDERED** that the motion, docket no. 13, should be and hereby is **GRANTED** and it is

**FURTHER ORDERED** that the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(g)(8)(B)(I) and it is

**FURTHER ORDERED** that the Court finds that the defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case which would make it unreasonable to expect adequate preparation for pretrial proceeding or for trial

ORDER  1–

itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. §3161(h)(8)(B)(ii) and it is

**FURTHER ORDERED** that the Court finds that taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. §361(h)(8)(B)(iv) and it is

**FURTHER ORDERED**, that for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174, the period of delay from November 13, 2006 up to and including November 27, 2006 is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv).

**FURTHER ORDERED** that trial in this case is continued to November 27, 2006.

Thomas S. Zilly
United States District Judge

ORDER 2–