UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | No. CR06-305TSZ |
| ) | | |
| Plaintiff, ) | | |
| ) | | ORDER |
| v. ) | | |
| ) | | |
| ALBERT KWOK LEUNG KWAN, ) | | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

    This matter is before the Court on the Defendant's Fourth Motion to Compel Discovery, docket no. 35 and Supplemental Request, docket no. 37, and the Court having considered the motion and the Government's response indicating no opposition to the motion, now therefore, it is

    ORDERED that the motion should be and hereby is GRANTED, and it is

    FURTHER ORDERED that the United States provide counsel for the defendant within five (5) days of this Order with the following:

    1.    For the last five (5) years, a list of the names of all defendants prosecuted by the Western District of Washington United States Attorney's Office whose

ORDER  1–

charges incorporated at least one (1) count of possession of a machine gun. 18 U.S.C. § 922(o);

2. A criminal history for each defendant identified in paragraph (1);

3. Details of other charges, if any, of the defendants identified in paragraph (1);

4. Details of the disposition of each defendant's case including a) whether it was a plea or trial; b) copies of any plea agreements; c) what the sentence was; and

5. Details of whether the machine gun count for each defendant identified in Paragraph 1 related to a functioning machine gun or whether it was converted. If the gun was converted, produce any report detailing what steps were necessary in order for the weapon to qualify as a machine gun, to the extent that information is reasonably available to the Government.

IT IS SO ORDERED.

DATED this 7th day of November, 2006.

Thomas S. Zilly
United States District Judge

ORDER   2–