UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR06-305TSZ |
| ) | |
| ) | ORDER GRANTING |
| ) | MOTION TO CONTINUE TRIAL |
| v. ) | |
| ) | |
| ALBERT KWOK LEUNG KWAN ) | |
| _____) | |

This matter is before the Court on the unopposed motion of Albert Kwok Leung Kwan to continue the trial in this matter until March 19, 2007, and to extend, until December 30, 2006, the time for filing pretrial motions and until January 26, 2007, the time for filing responses to motions and the Court having considered the motion, docket no. 56, and the government's response thereto, it is

**ORDERED** that the motion, docket no. 56, should be and hereby is **GRANTED IN PART** and it is

**FURTHER ORDERED** that the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(g)(8)(B)(i) and it is

ORDER  1−

1   **FURTHER ORDERED** that the Court finds that the defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case which would make it unreasonable to expect adequate preparation for pretrial proceeding or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. §3161(g)(8)(B)(ii) and it is

**FURTHER ORDERED** that the Court finds that taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. §361(g)(8)(B)(iv) and it is

**FURTHER ORDERED**, that for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174, the period of delay from November 27, 2006, up to and including March 12, 2007, is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv).

**FURTHER ORDERED** that the trial in this matter is continued until March 12, 2007 and it is

**FURTHER ORDERED** that motions in this case are due December 30, 2006, and it is

**FURTHER ORDERED** that responses to motions are due January 12, 2007.

**IT IS SO ORDERED**.

DATED this 16th day of November, 2006.

_____
Thomas S. Zilly
United States District Judge

ORDER   2–