UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ALBERT KWOK LEUNG KWAN,<br><br>  Defendant. | CR06-305Z<br><br>ORDER |

This matter is before the Court on the motion of Albert Kwok Leung Kwan to continue the trial, docket no. 90, and the Court having considered the motion and the Court's own trial schedule, NOW, THEREFORE IT IS HEREBY ORDERED as follows:

Defendant's Motion to Continue Trial Date is GRANTED IN PART. The trial now scheduled for April 9, 2007, is continued until June 18, 2007. The ends of justice served by this continuance outweighs the best interest of the public and the defendant in a speedy trial. All time from April 9, 2007, until June 18, 2007, is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(i)(iv). No further continuances will be granted. The Court extends the motions cut-off until March 16, 2007.

IT IS SO ORDERED.

DATED this 9th day of March, 2007.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

MINUTE ORDER  1–